# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
RICHARD A NELSON  
1914 DENBRIDGE WAY  
COLUMBUS, OH  43219

Case No:   04-51858

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-8985

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   January 25, 2010

/s/ Frank M. Pees  
_____  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FRANKLIN CREDIT MANAGEMENT COR<br>PO BOX 620444<br>INDIANAPOLIS, IN  462620444 | 129.32 |